# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1592
L.T. Case No. 2012-CF-007413-A

_____

LADON MAURICE GREEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

LaDon Maurice Green, Century, pro se.

No Appearance for Appellee.

August 6, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____